## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

ANGELA SCHUNCEY RICHARDSON,                           PLAINTIFF
ADC #712575

v.                  1:16CV00154-KGB-JTK

WENDY KELLEY, et al.                                DEFENDANTS

### ORDER

The Court has determined that counsel should be appointed to assist Plaintiff in serving Defendants Courtney and Cofield.

Pursuant to Local Rule 83.7, Gregory D. Taylor, Attorney at Law, 6915 Worth Avenue E, Benton, Arkansas 72019, 501-847-0017, is hereby appointed to represent Plaintiff Angela Richardson for purposes of serving Defendants.

THE CLERK IS HEREBY DIRECTED to send counsel and Plaintiff a copy of this Order. Counsel is also directed to access and review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).[1] Pursuant to Rule 83.7, counsel must make written application to withdraw within twenty-one (21) days; otherwise, the appointment will be effective.

IT IS SO ORDERED this 11th day of August, 2017.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel may obtain a copy of the case file, on disk, by contacting the Courtroom Deputy.