IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGELA SCHUNCEY RICHARDSON,                            PLAINTIFF
ADC #712575

v.                        1:16CV00154-KGB-JTK

WENDY KELLEY, et al.                                         DEFENDANTS

**ORDER**

The appointment of Gregory D. Taylor as counsel for the Plaintiff is hereby withdrawn.[1]

Pursuant to Local Rule 83.7, Kathryn A. Pryor, Wright, Lindsey & Jennings, 200 West Capitol Ave., Suite 2300, Little Rock, Arkansas 72201-3699, 501-371-0808, is hereby appointed to represent Plaintiff Angela Richardson for purposes of serving Defendants Courtney and Cofield.

THE CLERK IS HEREBY DIRECTED to send counsel and Plaintiff a copy of this Order. Counsel is also directed to access and review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).[2] Pursuant to Rule 83.7, counsel must make written application to withdraw within twenty-one (21) days; otherwise, the appointment will be effective.

IT IS SO ORDERED this 12th day of September, 2017.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The August 11, 2017 Order mailed to attorney Taylor was returned to the Court as undeliverable, with no other forwarding address (Doc. No. 31).
[2] Counsel may obtain a copy of the case file, on disk, by contacting the Courtroom Deputy.