# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

ANGELA SCHUNCEY RICHARDSON,                                        PLAINTIFF
ADC #712575

v.                           1:16CV00154-KGB-JTK

WENDY KELLY, et al.                                                     DEFENDANTS

## **ORDER**

Plaintiff's counsel has filed a Notice, correcting the name of Defendant Porshe Courtney to Courtney Porchia (Doc. No. 35). The Clerk is directed to change the style of the case to reflect the Defendant's correct name.

IT IS SO ORDERED this 16th day of January, 2018.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE