IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGELA SCHUNCEY RICHARDSON
ADC #712575                                                                                    PLAINTIFF

v.                               Case No. 1:16-cv-00154-KGB/JTK

WENDY KELLEY, *et al.*                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 10). No objections have been filed, and the time to file an objection has passed. After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted as this Court's findings with one exception (Dkt. No. 10). The Court adopts the Proposed Findings and Recommendations and dismisses with prejudice plaintiff Angela Schuncey Richardson's claims against separate defendants the State of Arkansas and the Arkansas Department of Correction; the Court dismisses without prejudice Ms. Richardson's claims against Wendy Kelley (*Id.*).

So ordered this the 2nd day of July, 2018.

Kristine G. Baker
United States District Judge