IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGELA SCHUNCEY RICHARDSON,                 PLAINTIFF
ADC #712575

v.                 1:16CV00154-KGB-JTK

WENDY KELLEY, et al.                 DEFENDANTS

**ORDER**

A Default Judgment Hearing will take place on February 12, 2020 at 10:00 a.m., Courtroom 4B, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Ave., Little Rock, Arkansas 72201.

The Arkansas Division of Correction (ADC) shall ensure the attendance of Plaintiff Angela Richardson at the Hearing, together with her medical and institutional files. The Clerk of the Court shall forward a copy of this Order to: the Arkansas Division of Correction Central Transportation/Medical Services, 6814 Princeton Pike, Pine Bluff, Arkansas 71602, and to the McPherson Unit Transportation Officer, 302 Corrections Drive, Newport, Arkansas 72112.

The Clerk also shall forward a copy of this Order to Defendant Cofield at the address under seal.

IT IS SO ORDERED this 3rd day of January, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE