# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ANGELA SCHUNCEY RICHARDSON**
**ADC #712575**                                                                                                    **PLAINTIFF**

v.                         Case No. 1:16-cv-00154-KGB/JTK

**COURTNEY PORCHIA,** *et al.*                                                                      **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 101). Defendant Courtney Porchia filed timely objections to the Proposed Findings and Recommendations (Dkt. No. 106). After a careful review of the Proposed Findings and Recommendations, Ms. Porchia's objections, and a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects (*Id*.). Therefore, the Court denies separate defendant Courtney Porchia's motion for judgment on the pleadings (Dkt. No. 94).

So ordered, this the 27th day of January, 2021.

Kristine G. Baker
United States District Judge