IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGELA SCHUNCEY RICHARDSON
ADC #712575                                                                                           PLAINTIFF

v.                        Case No. 1:16-cv-00154-KGB JTK

COURTNEY PORCHIA, *et al.*                                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Angela Schuncey Richardson's amended complaint is dismissed (Dkt. No. 8). The Court denies the requested relief.

So adjudged this the 31st day of March, 2022.

_____
Kristine G. Baker
United States District Judge